CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
RICHARD ANTHONY LOPEZ
ERIC C. SCHMALE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
tony.lopez@usdoj.gov
eric.schmale@usdoj.gov

*Attorneys for the United States of America*

**FILED**
**U.S. MAGISTRATE JUDGE**

DATE: March 4, 2022

TIME: 7:45 p.m.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY,<br><br>Defendant. | Case No. 2:22-mj-00171-EJY<br><br>**COMPLAINT** for violation of:<br><br>**ASSAULT ON A FEDERAL OFFICER**<br>(18 U.S.C. § 111(a)(1) and (b)) |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

<u>COUNT ONE</u>
Assault on a Federal Officer
(18 U.S.C. § 111(a)(1) and (b))

1. On or about March 3, 2022, in the State and Federal District of Nevada,

MATTHEW WADE BEASLEY,

defendant herein, unlawfully and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Bureau of Investigation Special Agents J.M., G.C., and R.S., persons designated in 18 U.S.C. § 1114, while those agents were engaged in and

on account of the performance of the agents' official duties, using a deadly and dangerous weapon, all in violation of 18 U.S.C. § 111(a)(1) and (b).

Complainant, Brandon Kam, states the following as and for probable cause:

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), I have been so employed since March 2019 and I am currently assigned to the FBI Las Vegas Division Safe Streets Task Force. I am presently assigned to work on investigations and cases involving drugs, guns, gangs and violent crimes. During my career as an FBI Agent, I have also been assigned to a Joint Terrorism Task Force with the responsibility of investigating threat to life matters.

3. The statements contained in this affidavit are based on an FBI and Las Vegas Metropolitan Police Department investigation in which I have been personally involved and also includes information obtained from other law enforcement officials involved in the investigation. I have not included each and every fact known to me concerning this investigation, rather I have included only those facts I believe are necessary to establish probable cause to support this complaint.

Probable Cause

4. On March 3, 2022, FBI Special Agents J.M., G.C., and R.S. proceeded to a residence located on Ruffian Road in Las Vegas, Nevada, to interview MATTHEW WADE BEASLEY for an ongoing investigation. The agents arrived at the residence at approximately 1:25 p.m.

5. Agents J.M. and G.C. wore suits while Agent R.S. was dressed casually. Upon arrival at the front of the residence, Agent J.M. rang the Ring doorbell, which appeared to be equipped with a camera. After pressing the Ring doorbell, the agents

proceeded through an unlocked gate by pushing it open, into what appeared to be a courtyard that led them to the front door of the residence.

6. Agent R.S. knocked on the front doors, which were glass French doors. BEASLEY appeared, standing so that only the right half of his body was visible through the glass doors. BEASLEY pointed to Agent J.M. while tapping his right waist with his right hand from behind the closed glass doors.

7. Agent J.M. believed BEASLEY wanted to see Agent J.M.'s badge, so Agent J.M. pulled back his suit jacket to show BEASLEY his FBI badge.

8. BEASLEY then stepped into complete view and the agents could see that BEASLEY held a firearm in his left hand that was pointed at the left side of BEASLEY's head.

9. Agent J.M. stepped back and yelled "easy, easy," while another Agent yelled "drop the gun." Instead of dropping the firearm, BEASLEY then pointed the firearm at the agents in a sweeping motion, causing one or more agents to discharge their firearm, striking BEASLEY. BEASLEY then barricaded himself inside the residence.

10. Agent J.M. was in fear of being harmed by BEASLEY's action and felt that there was an imminent danger of death or serious physical injury to himself and the other agents present. Based on BEASLEY's actions, Agent J.M. believed that BEASLEY was trying to impede and interfere with the agents' law enforcement duties.

11. I reviewed portions of an audio recording between BEASLEY and an FBI negotiator who later attempted to convince BEASLEY to leave his residence. The following does not reflect the conversation in its entirety nor is it verbatim. BEASLEY appeared to be anticipating that the FBI would be arriving at his residence. For instance, BEASLEY indicated that the FBI had already been to an associate's house and that he knew "they," in

an apparent reference to the FBI, were coming to his house sooner or later. BEASLEY also said that "they," this time in an apparent reference to Agents J.M., G.C., and R.S., did not do anything wrong. Based on my training and experience and these circumstances, I believe the statements made by BEASLEY indicate he was waiting with a firearm for law enforcement to arrive in order to resist, oppose, impede, intimidate, and interfere with FBI Special Agents J.M., G.C., and R.S. while those agents were engaged in and performing their official duties.

## Conclusion

12. Based on the above, I believe there is probable cause to believe that on or about March 3, 2022, BEASLEY assaulted federal officers J.M., G.C., and R.S. in violation of 18 U.S.C. § 111(a)(1) and (b) by pointing a firearm at the three FBI agents.

BRANDON KAM
Special Agent, Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 4, 2022.

HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE