AO 442 (Rev. 11/11) Arrest Warrant

_____ ENTERED  _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 0 7 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FID: 1139555 0

REC'D USMS D/NV
2022 MAR 7 PM 1:10

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:22-mj-00171-EJY |
| MATTHEW WADE BEASLEY | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MATTHEW WADE BEASLEY                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b): Assault on a Federal Officer


Date:   03/04/2022
*Issuing officer's signature*

City and state:   Las Vegas, Nevada
ELAYNA J. YOUCHAH, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 3/7/22, and the person was arrested on *(date)* 3/7/22
at *(city and state)* Las Vegas, NV

Date:  3/7/22

EVV
for
FBI.
*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: MATTHEW WADE BEASLEY

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:   Federal Bureau of Investigation, 1787 Lake Mead Blvd, Las Vegas, Nevada 89106

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

[Print]  [Save As...]  [Reset]