**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY,<br><br>Defendant. | Case No.: 2:22-mj-00171-EJY<br><br>~~PROPOSED~~ ORDER |

**ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Government's response to Defendant's Motions to Reopen Detention Hearing, ECF No. 12, shall be filed and served on or before June 24, 2022.

DATED this 6th day of June, 2022.

By: _____
JUDGE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE