```
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222
Facsimile: (702) 474-1320
robert@draskovich.com
```
*Attorney for Matthew Wade Beasley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CASE NO: 2:22-mj-171-EJY<br>) |
| vs. | ) **ORDER ON MOTION TO WITHDRAW**<br>) **AS COUNSEL FOR DEFENDANT** |
| MATTHEW WADE BEASLEY, | ) **MATTHEW WADE BEASLEY**<br>) |
| Defendant. | )<br>) |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Robert M. Draskovich, Esq.'s Motion to Withdraw as Counsel for Defendant Matthew Wade Beasley be granted as Defendant has brought in new counsel who has made an appearance. Counsel Garrett T. Ogatta, of the Law Offices of Garrett T. Ogatta, will remain as counsel of record for Defendant.

Dated: August 12, 2022.

_____
UNITED STATES MAGISTRATE JUDGE