JACQUELINE TIRINNANZI
Nevada Bar No. 13266
jackie@tirinnanzilaw.com
Tirinnanzi Law PLLC
2370 Corporate Circle
Suite 190
Henderson, Nevada 89074
Telephone: (702) 912-3834

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BEASLEY,<br><br>Defendant. | Case No. 2:22-mj-00171-EJY<br><br>**Substitution of Attorney** |

    Defendant, Matthew Beasley hereby substitutes Jacqueline Tirinnanzi, Esq. of Tirinnanzi Law PLLC, located at 2370 Corporate Circle, Suite 190, Henderson, NV 89074, as attorney of record in place of Garrett Ogata, Esq., of The Law Offices of Garrett T Ogata.

DATED   3/1/23   , 2023            /s/ *Matthew Beasley*
                                                      Signature of Party

I consent to the above substitution.

DATED: 3/2, 2023

_____
Signature of Present Attorney
Garrett T. Ogata, Esq.
The Law Offices of Garrett T. Ogata

Above substitution is hereby accepted.

DATED: March, 8, 2023

_____
Jacqueline Tirinnanzi, Esq.
Tirinnanzi Law, PLLC

APPROVED:

DATED: March 15, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2