JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
dan.schiess@usdoj.gov
eric.schmale@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-mj-00171-EJY |
| Plaintiff, | |
| v. | **Motion to Dismiss Criminal Complaint Without Prejudice** |
| MATTHEW WADE BEASLEY, | |
| Defendant. | |

The United States, by and through is undersigned counsel, seeks leave of Court to dismiss the criminal complaint against defendant Matthew Wade Beasley. Federal Rule of Criminal Procedure 48(a) authorizes the United States to seek leave of court to dismiss a criminal complaint. On March 30, 2023, Beasley was indicted by a federal grand jury on wire fraud and money laundering charges, and the United States has decided to pursue those charges against him rather than the charge in the criminal complaint.

1 | JASON M. FRIERSON
2 | United States Attorney
3 | */s/ Daniel R. Schiess*
4 | DANIEL R. SCHIESS
  | ERIC C. SCHMALE
5 | Assistant United States Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WADE BEASLEY,<br><br>　　　　Defendant. | 2:22-mj-00171-EJY<br><br>**Order Granting Motion to Dismiss Criminal Complaint Without Prejudice** |

　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the criminal complaint filed against defendant Matthew Wade Beasely in this matter.

　　　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel R. Schiess*
　　　　　　　　　　　　　　　　　　　　DANIEL R. SCHIESS
　　　　　　　　　　　　　　　　　　　　ERIC C. SCHMALE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

　　Leave of Court is granted for the filing of the above dismissal.


　　DATED this ___ day of _____, 2023.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE